UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61549-RAR

**POINT CONVERSIONS, LLC**,

    Plaintiff,

v.

**JUDGE NICHOLAS LOPANE**,
*in his official capacity as judge in the state of Florida,*

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION AND DISMISSING MOTION

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 24] ("Report"), entered on January 8, 2021. The Report recommends that the Court dismiss Plaintiff's Complaint [ECF No. 1] without prejudice as the Court lacks subject matter jurisdiction. *See* Report at 38. Alternatively, the Report recommends that if the Court finds that subject matter jurisdiction exists, it should dismiss the Complaint without prejudice for failure to state a claim. *Id.* Plaintiff filed objections to the Report on January 27, 2021 [ECF No. 27] ("Objections").

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Because Plaintiff timely filed objections to the Report, the Court has conducted a *de novo* review of Magistrate Judge Strauss's legal and factual findings. Having carefully reviewed the Complaint, Defendant's Motion to Dismiss [ECF No. 8], Plaintiff's Response [ECF No. 13], Defendant's Reply [ECF No. 15], the Report, the Objections, the factual record, the applicable law, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report [ECF No. 24] is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion to Dismiss [ECF No. 8] is **GRANTED**, and this action is **DISMISSED** *without prejudice* because the Court lacks subject matter jurisdiction over Plaintiff's claims for the reasons set forth in the Report.

3. The Clerk is directed to **CLOSE** this case.

4. Any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Ft. Lauderdale, Florida, this 31st day of January, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**